IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ACKERMAN MCQUEEN, INC.; <br> MERCURY GROUP, INC.; HENRY <br> MARTIN; WILLIAM WINKLER; <br> MELANIE MONTGOMERY; AND <br> JESSE GREENBERG, <br>       MOVANTS, <br> <br> V. <br> <br> NATIONAL RIFLE ASSOCIATION OF <br> AMERICA AND WAYNE LAPIERRE, <br>       RESPONDENTS. | CAUSE NO. 1:20-MC-149-LY <br> (CIVIL ACTION NO. 3:19-CV-2074-G, <br> UNITED STATES DISTRICT COURT <br> FOR THE NORTHERN DISTRICT OF <br> TEXAS) |

## ORDER

**IT IS HEREBY ORDERED** that the Motion to Quash Third Party Subpoena filed February 7, 2020 (Doc. #1) is **REFERRED** to United States Magistrate Susan Hightower for resolution pursuant to 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72, and Rule 1(c) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, as amended..

SIGNED this _10th_ day of February, 2020.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE